UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Rashad Tomlinson**                                    Docket No. 5:05-CR-285-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Rashad Tomlinson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 23, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 29, 2009, the defendant's term of imprisonment was reduced from 180 months to 161 months.

Ahmad Rashad Tomlinson was released from custody on February 6, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 30, 2017, the defendant submitted a urinalysis for testing which returned positive for the presence of cocaine. When questioned on June 8, 2017, regarding his use of cocaine, the defendant admitted using cocaine while attending a party and associating with individuals he knew he should not have been around. As a result of his illegal drug use, the defendant has been referred to his substance abuse counselor to address the concerns that led to the drug use. He will also remain in the Surprise Urinalysis Program. In an effort to deter future use, it is recommended the conditions of supervision be modified to include an immediate two-day period of incarceration, as well as the addition of the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall serve two days in custody, immediately, as arranged by the probation officer and the Bureau of Prisons.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; the defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Jeffrey L. Keller                         /s/ Scott Plaster
Jeffrey L. Keller                             Scott Plaster
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              310 New Bern Avenue, Room 610
                                              Raleigh, NC 27601-1441
                                              Phone: 919-861-8808
                                              Executed On: June 15, 2017

Ahmad Rashad Tomlinson
Docket No. 5:05-CR-285-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __June__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge