UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Rashad Tomlinson**      Docket No. 5:05-CR-285-1BO

## Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Rashad Tomlinson, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 23, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 29, 2009, the defendant's term of imprisonment was reduced from 180 months to 161 months.

Ahmad Rashad Tomlinson was released from custody on February 6, 2017, at which time the term of supervised release commenced.

On June 19, 2017, the defendant's conditions of supervised release were modified to include two days in custody, as well as the addition of the DROPS Program in response to illegal drug use detected from a urinalysis sample obtained from the defendant on May 30, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Tomlinson was previously identified as suffering from post-traumatic stress disorder (PTSD), in addition to cannabis use disorder and alcohol use disorder. It is recommended that the conditions of supervision be modified to add participation in mental health treatment so the defendant can continue treatment for PTSD, which he was receiving while in the custody of the Bureau of Prisons. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller | /s/ Scott Plaster |
| Jeffrey L. Keller | Scott Plaster |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8808 |
| | Executed On: September 14, 2017 |

Ahmad Rashad Tomlinson
Docket No. 5:05-CR-285-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __15__ day of __September__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge