UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ahmad Rashad Tomlinson**  Docket No. 5:05-CR-285-1BO

**Petition for Action on Supervised Release**

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ahmad Rashad Tomlinson, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 23, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ahmad Rashad Tomlinson was released from custody on February 06, 2017, at which time the term of supervised release commenced.

On February 5, 2018, the defendant tested positive for Cocaine. The defendant was confronted with the positive test result and acknowledged the validity of the urinalysis, and agreed to complete an intermittent confinement sanction in accordance with the DROPS Program. The five day confinement was served from March 26, 2018 to March 30, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 23, 2018, the defendant admitted, in writing to using cocaine on or about June 4, 2018. This admission came after the defendant was confronted with a urinalysis result from June 7, 2018 that though below the cutoff for a positive result, indicated the presence of a significant amount of cocaine metabolites. The defendant has been verbally reprimanded for this behavior, and he has signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Due to a lack of available local facilities to accommodate jail placement, we are respectfully requesting that the court remove the previously ordered DROPS sanction, and impose a sanction of 24 hours community service.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The previously court ordered DROPS sanction is hereby removed.

2. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ John Seth Coleman<br>John Seth Coleman<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2545<br>Executed On: July 24, 2018 |

Ahmad Rashad Tomlinson
Docket No. 5:05-CR-285-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this __24__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge